cat / div _____
Cas _____
Jud _____ Nud
Motn Ifp Yes  Fee pd $ _____
Receipt # _____

*United States District Court*
*Southern District of Florida*

FILED BY _____ D.C.

MAY 26 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

*Ricardo A. Ballester, Estates of Elene Garcia,*
   *Property owners of Apt the Tresor Tower*
                     *PLAINTIFFS.*
                      *Vs*
*Fontaibleau Florida LLC, Fontainebleau Tower II,LLC*
*Geofrey M. Cahen, Adan Klein, Grace Mora, Australia Rodriguez,*
*Clara Pantin, Deyffrer Soffre, Mariano Rodriguez*
                    *DEFENDANT.*

CASE No:

**CLASS ACTION**

**COMPLAINT**

## COMPLAINT FOR CONSPIRATION TO DEFRAUD PROPERTY ABUSE OF A PERSON WITH DISABILITY AND MONOPOLIO

*(i)-Ricardo A. Ballester is soon and is one two universal inheritor of Elena Garcia.*
*(ii)- Estate of Elena Garcia including citizen include Apt-3315 of Tresor Tower and people to deferent's Country ( Union European-Spain).*
*(iii)-Property owners of Tresor Tower are from different States and Countries.*
*(iv)- Geofrey Cahen, Adan Klein, Grace Mora, Australia Rodriguez, Clara Pantin are employees of Fontainebleau Hotel and F.B. Tower II, name as F.B. Clan and citizen to Stated of Florida.*
*(v)- Deyffrer Soffre is the owner of the Hotel and Mariano Rodriguez is the chief of violations of the City of Miami Beach during events.*

## JURISDICTION of PARTYS

*(iii)- The Plaintiff's is owners are from different States and Country the defendant is Corporation's of Florida and citizen of States of Florida. This Court have Jurisdictions under the Constitutions.*

## Acts:

*1- All the members of the Fontainebleau Clan cospirated among themselves with the objective to own the property of Elena which is Apt 3315 using as artificial of crime a false law suit.*
*2- Adan Kein conspirated with Mariano Rodriguez to impose fines and sanctions against the property of Elena.*
*3- Clara Pantin and Australia Rodriguez also united a the conspiracy denying rights to access of the Documents of Power of the Association indispensable for the defense and access of the property.*
*4- Geofre Cahen, Adan Klein and Grace Mora cospirated to blackmail the Judge Bronwyn C. Miller in the Case:12-16433-CA 04 to retract her concedes order against her in favor to the State of Elena.*
*5- The F.B. Clan utilizes its power to privy access the owners to there properties tiring them in many Ways such as violating there privacy entering there addresses illegally and impeding them to rent And suing them.*

## COUNT-I
### Conspiracy to violate civil Rights Statute 42 U.S.C. 1983.
Fontaibleau inc, Fontainebleau Tower II, Geoffrey Cahen, Adam Klein, Grace Mora, Australia Rodriguez, Clara Pantin, Deyffrer Soffre, Mariano Rodriguez.

The Actions described en paragraphs 1-4 violates these rights.

## COUNT-II
### Conspiracy to Defraud
Fontaibleau inc, Fontainebleau Tower II, Geoffrey Cahen, Adam Klein, Grace Mora, Deyffrer Soffre..

The Actions described en paragraphs 1-4 violate Federal statutes.

## COUNT-III
### Abuse and torture of a disabled person.
Fontaibleau inc, Fontainebleau Tower II, Geoffrey Cahen, Adam Klein, Grace Mora.

## COUNT-IV
### Abuse of Monopoly position.
Fontaibleau inc, Fontainebleau Tower II, Adam Klein, Grace Mora, Deyffrer Soffre..

## JURY TRIAL
Jury trial is necessary to reestablish Justice in these Acts and reverse the harm done we solicited the Trial Jury decides:

1- Fontainebleau rebury apt 3315 and it be restituted to the state of Elena.
2- The Jury establish a compensation for the harm done by the F.B. clan and members of the clan and among all pay a 20% of this compensation.
3- Exclude Fontainebleau of the property they posses and it be returned to it's legitimate owners of the apt. and doing so impeding the to keep with there monopoly activity.

Ricardo A. Ballesteros Pro-se
- No. 06156-104
F.D.C. Pollock, Po BOX 40-50,
L.A. 71467-4050

### Certificate of Service:

Copy This Class Action Complaint to serve: Fontaibleau Florida LLC.
Address: 4401 Collins Avenue, Miami Beach, Florida 33140.